*In re* CONFERENCIA JUDICIAL DE PUERTO RICO.

*Número:* ———— *Resuelto:* 16 de marzo de 1990

## RESOLUCIÓN

El Tribunal desea consignar su reconocimiento a la labor realizada por el Lcdo. Lino J. Saldaña como Presidente del Comité Directivo de la Conferencia Judicial de Puerto Rico y le expresa su gratitud por el valor de su aportación desinteresada a la profesión y a la administración de la justicia.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*

*In re* CONFERENCIA JUDICIAL DE PUERTO RICO.

*Número:* ———— *Resuelto:* 16 de marzo de 1990

## RESOLUCIÓN

En conformidad con nuestra Orden de 30 de junio de 1987, se designa como Presidente del Comité Directivo de la Conferencia Judicial de Puerto Rico al Lcdo. Ernesto L. Chiesa para sustituir al Lcdo. Lino J. Saldaña, quien renunció.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*